IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD JOSEPH YANKTON, | |
| Plaintiff, | 4:18-CV-3026 |
| vs. | |
| CITY OF LINCOLN, et al, | ORDER |
| Defendants. | |

The parties should be advised that my oldest son, who is a licensed attorney, contracts with the City of Lincoln to provide the City with lobbying services, requiring my recusal pursuant to 28 U.S.C. § 455(b)(5)(iii).

IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 23rd day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge