# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEONARD JOSEPH YANKTON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY CODY, OFC #830, individually;<br>and AARON PETH, OFC #1724, individually;<br><br>　　　　　Defendants. | 4:18CV3026<br><br>AMENDED ORDER<br>SETTING SCHEDULE FOR<br>PROGRESSION OF CASE |

　　　This matter is before the Court on the pro se Plaintiff's Request for Postponement (Filing No. 19).  Plaintiff represents he is undergoing treatment for a serious illness and requests that the Court postpone deadlines in this case for four months.  After review of the motion, the Court finds it should be granted.  Accordingly,

　　　**IT IS ORDERED**:  Plaintiff's Request for Postponement (Filing No. 19) is granted, and the case progression deadlines are extended as follows:

1. **Discovery**.
    a. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be <u>served</u> on or before **December 10, 2018.**
    b. All depositions, whether or not they are intended to be used at trial, shall be <u>completed</u> by **February 7, 2019.**

2. All **motions to amend** the pleadings shall be filed on or before **January 17, 2019.** The parties must comply with the provisions of NECivR 15.1 when moving to amend the pleadings.

3. **Motions to compel** discovery shall be filed on or before **January 29, 2019.**  The parties must comply with the provisions of NECivR 7.1(i) before filing a motion to compel. **Motions that do not comply with all requirements of NECivR 7.1 may be summarily denied.**

4. **Dispositive Motions.** All dispositive motions shall be filed on or before **April 1, 2019**. The parties must comply with the provisions of NECivR 7.1 and NECivR 56.1 when filing summary judgment motions.

5. **Pretrial Conference.**
    a. **Defense counsel** will have the primary responsibility for drafting the **Order on Final Pretrial Conference**, pursuant to the format and requirements set out in NECivR 16.2(a)(2). Plaintiff will be responsible for cooperating in the preparation and signing of the final version of the Order. **Plaintiff's failure to cooperate or participate in the preparation of the Order on Final Pretrial Conference may result in sanctions, including a recommendation that the case be dismissed.**
    b. Defendant shall submit the proposed Order on Pretrial Conference to Plaintiff and to any other parties by **June 10, 2019.**
    c. Plaintiff shall provide additions and/or proposed deletions to Defense counsel by **June 24, 2019.**
    d. If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document. **The Proposed Order on Final Pretrial Conference must be signed by the pro se party and by counsel for all represented parties.**
    e. Defense counsel shall submit the Proposed Order on Final Pretrial Conference the undersigned magistrate judge by e-mail at nelson@ned.uscourts.gov no later than **July 8, 2019.**
    f. The Final Pretrial Conference will be held before the Magistrate Judge on **Monday, July 15, 2019, at 10:00 a.m.** Prior to the pretrial conference, all items as directed in NECivR 16.2 and full preparation shall have been completed so that trial may begin at any time following the Pretrial Conference.

6. The **trial date** will be set by the Magistrate Judge at the time of the Final Pretrial Conference.

**DATED** this 1st day of August, 2018.

                        BY THE COURT:

                        s/ Michael D. Nelson
                        United States Magistrate Judge